UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MacDermid Printing Solutions, LLC

      vs.                                        CASE NO. 3:15CV320(MPS)

E.I. du Pont de Nemours & Co.

## JUDGMENT

This action having come on for consideration of defendant's Motion to Dismiss before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling on July 24, 2015 granting the motion in favor of the earlier-filed action in the U. S. District Court for the District of Delaware; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the earlier-filed action in the U. S. District Court for the District of Delaware dismissing the case.

Dated at Hartford, Connecticut, this 28th day of July, 2015.

ROBERTA D. TABORA, Clerk

By_____/s/_____
    Devorah Johnson
    Deputy Clerk

EOD 7/28/2015